23cr 75 SRN/TNL

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 2(a) |
| | 18 U.S.C. § 16(a) |
| v. | 18 U.S.C. § 922(o) |
| | 18 U.S.C. § 924 (a)(2) |
| (1)  ISSAC LAMIN JALLOH, and | 18 U.S.C. § 924(c)(1)(A)(ii) |
| (2)  SALLU DION SARJOH, | 18 U.S.C. § 2119(1) |
| | 28 U.S.C. § 2461(c) |
| Defendants. | |

### THE UNITED STATES GRAND JURY CHARGES THAT:

### <u>COUNT 1</u>
### (Carjacking)

On or about June 10, 2022, in the State and District of Minnesota, the defendants,

### ISSAC LAMIN JALLOH, and
### SALLU DION SARJOH,

did knowingly and unlawfully take a motor vehicle, that is, a black 2009 BMW model 328, bearing Minnesota license plate EDB503, and vehicle identification number WBAPK73519A456392, that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of O.E.A., by force and violence and by intimidation, with the intent to cause serious bodily harm, all in violation of Title 18, United States Code, Section 2119(1).



SCANNED
MAR 0 2 2023
U.S. DISTRICT COURT MPLS

*U.S. v. Issac Lamin Jalloh, et. al.*

## COUNT 2
(Brandishing a Firearm During and in Relation to a Crime of Violence)

On or about June 10, 2022, in the State and District of Minnesota, the defendant,

### ISSAC LAMIN JALLOH,

during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, carjacking, as set forth in Count 1 of this Indictment, which is hereby realleged and incorporated herein by reference, did knowingly and unlawfully use, carry and brandish a firearm, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 3
(Unlawful Possession of a Machinegun)

On or about March 28, 2022, in the State and District of Minnesota, the defendant,

### ISSAC LAMIN JALLOH,

did knowingly possess a machinegun, that is, a Glock model 23 pistol bearing serial number SZS190 equipped with an attached conversion device, commonly known as a "switch," or "auto sear," that allowed it to be fired as a fully automatic weapon, knowing it had characteristics that made it a machinegun as defined by Title 26, United States Code, Section 5845(b), all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

*U.S. v. Issac Lamin Jalloh, et. al.*

## FORFEITURE ALLEGATIONS

Counts 1 through 3 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

As a result of the foregoing offenses, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, accessories, ammunition involved in, connected with, or used in any knowing violation of, the offenses alleged, including, but not limited to:  a Glock model 23 pistol bearing serial number SZS190 and any ammunition seized therewith.

A TRUE BILL

_____          _____

UNITED STATES ATTORNEY          FOREPERSON